IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARQUINCY L. CARR,

    Plaintiff,

  v.

Case No. 16-cv-519-wmc

MELINDA DERUS, CHRIS BUESGEN,
AND LIZZIE TEGELS,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 01/14/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |